Argued April 5, affirmed April 10, 1968

BACHERT, *Respondent, v.* ALLEN, *Appellant.*

439 P. 2d 7

*Edward V. O'Reilly,* Eugene, argued the cause and filed the brief for appellant.

*Sydney L. Chandler,* Coos Bay, argued the cause for respondent. With him on the brief was Walsh and Chandler, Coos Bay.

Before McALLISTER, Presiding Justice, and O'CONNELL and HOLMAN, Justices.

PER CURIAM.

Defendant appeals from a judgment entered on a jury verdict awarding plaintiff damages for personal injuries arising out of an automobile accident. We have examined defendant's assignments of error and have found them to be of no merit. The judgment of the trial court is affirmed.